# United States Court of Appeals
## For the First Circuit

No. 03-2671

THE BEACON MUTUAL INSURANCE COMPANY,

Plaintiff, Appellant,

v.

ONEBEACON INSURANCE GROUP,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on July 12, 2004 is amended as follows:

In the sentence from page 20, line 24 to page 21, line 1, replace "Lynch's affidavit (which has not been controverted)" with "the Confusion Matrix (the accuracy of which has not been challenged)"